# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| DR. LAVERNE HALLIBURTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV414-179 |
| | ) | |
| LIBERTY COUNTY SCHOOL DISTRICT, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court denied plaintiff Laverne Halliburton's motion to remand this case to state court on September 30, 2015. Doc. 21. Since then, there has been no litigation activity. Accordingly, within 14 days of the date of this Order, plaintiff shall show cause why this case should not be dismissed on abandonment grounds per Fed. R. Civ. P. 41(b); *see also* L.R. 41.1(c).

**SO ORDERED**, this 14th day of March, 2017.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA