# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| DR. LAVERNE HALLIBURTON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV414-179 |
| LIBERTY COUNTY SCHOOL DISTRICT, *et al.* | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

In response to this Court's order that plaintiff Laverne Halliburton show cause why the case should not be dismissed, defendants have moved to vacate. Since they have shown good cause why this case should not be dismissed, the Court **VACATES** its prior order. Doc. 22. The parties are of course free to update any prior motions and responses.

**SO ORDERED**, this 15th day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA