# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| DR. LAVERNE HALLIBURTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV414-179 |
| | ) | |
| LIBERTY COUNTY SCHOOL DISTRICT, *et al.* | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court dismissed plaintiff's Amended Complaint in this employment-related tort action but gave her the opportunity to file a Second Amended Complaint. Doc. 26. She complied, doc. 28, and defendants now move to dismiss it, doc. 29. Defendants have also moved to stay discovery, pending ruling on their motion. Doc. 31. The requested stay is **GRANTED** as unopposed.[1] If the case is not resolved by the dismissal motion, the parties shall confer within 14 days of the

---

[1] Defendants' motion was filed on May 3, 2018. Doc. 31. Plaintiff's response was, therefore, due by May 17, 2018. *See* S.D. Ga. L. Civ. R. 7.5 (providing 14-day period to respond to motions). Plaintiff requested an extension of the deadline to respond to defendants' Motion to Dismiss from the Clerk, pursuant to Local Rule 6.1. Doc. 32. Neither that request nor the Order entered by the Clerk, however, mention the stay motion. *See id.*; doc. 34. In the absence of an extension or a response, defendants' motion is unopposed. *See* S.D. Ga. L. Civ. R. 7.5 ("Failure to respond within the applicable time period shall indicate that there is no opposition to the motion.").

FILED
Scott L. Poff, Clerk
United States District Court
By jburrell at 4:09 pm, May 21, 2018

entry of an Order on that motion and submit a discovery plan, pursuant to Fed. R. Civ. P. 26(f).

**SO ORDERED,** this 21st day of May, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA