IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DR. LAVERNE HALLIBURTON, Plaintiff, | )<br>)<br>) |
| vs. | ) CIVIL ACTION FILE<br>) NUMBER 4:14-CV-179 |
| LIBERTY COUNTY SCHOOL DISTRICT, ET AL<br>Defendants. | )<br>)<br>) |

ORDER

Having read and considered Plaintiff's motion, it is hereby **ORDERED** that the Plaintiff's **MOTION TO SUBSTITUTE PARTY** is hereby granted. Dr. Franklin Perry is substituted for Dr. Judy Scherer (deceased). It is so ordered this 6th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:
J. MICHAEL BROWN
GA BAR NO. 088138
2603 Commons Blvd. Suite C
Augusta, GA 30909
Attorney for Plaintiff
(706) 731-9925
(706) 731-9559
mike@mikebrownlaw.net