# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| DR. LAVERNE HALLIBURTON, Plaintiff, | \| | Civil Action No. |
| vs. | \| | |
| LIBERTY COUNTY SCHOOL DISTRICT, Defendants | \| | 4:14-CV-00179 |

## ORDER SCHEDULING
## COURT-FACILITATED SETTLEMENT CONFERENCE and
## STAYING of ALL DEADLINES in CASE PENDING RESULTS

Counsel for all parties jointly moved this Court for an Order setting a Settlement Conference where all counsel and parties with authority shall be and appear and which stays all case deadlines and other obligations until further Order of the Court. The Court has considered the Joint Motion and finds that good cause exists to grant the requested relief. Accordingly,

**IT IS ORDERED** that the parties' Motion is GRANTED and that counsel for the parties, along with a person who has ultimate settlement authority for each side, shall be and appear before United States Magistrate Judge Christopher L. Ray at the U.S. Federal Courthouse, 125 Bull Street, 1st Floor, Savannah, Georgia 31401 at 9:00 a.m. on Thursday, October 17, 2019 for a Court-Facilitated Settlement Conference at which all issues pending between all parties shall be discussed and considered. Counsel shall be prepared to discuss all pending claims

and all other aspects of this case.

**IT IS FURTHER ORDERED** that all case deadlines, including those under F.R.C.P. 16 and 26, as well as any arising under the Local Rules of this Court shall be STAYED until further Order of this Court. However, if the Court-Facilitated Settlement Conference should ultimately fail to resolve the case, then counsel for both parties should be prepared, before the Conference adjourns, to discuss initial scheduling deadlines for filing of the Rile 16 & 26 Report and other immediate matters.

ORDERED, August 17, 2019.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia