# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| DR. LAVERNE HALLIBURTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CV414-179 |
| | ) | |
| LIBERTY COUNTY SCHOOL DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

The Court has scheduled a settlement conference before the undersigned on October 17, 2019 at 9:00 a.m. Doc. 42. In order to accommodate a scheduling conflict, the settlement conference shall commence at 10:00 a.m. on that date at the U.S. Federal Courthouse, 125 Bull Street, Room 108, Savannah, Georgia 31401. The stay of all deadlines pending the settlement conference remains as stated in the Court's previous Order.

**SO ORDERED**, this 10th day of October, 2019.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia